UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL P. EVANS, | ) | 1:04-CV-05640 AWI JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITIONER'S |
| | ) | MOTION FOR INJUNCTIVE RELIEF |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL M. SCHULTZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 05, 2007, Petitioner filed a motion for injunctive relief. The Court has reviewed the motion and finds the motion essentially requests the same relief as the petition.   Petitioner is advised the Magistrate Judge is currently reviewing the pending petition.

The legal principles applicable to a request for preliminary injunctive relief are well established.  To prevail, the moving party must show either: "(1) a likelihood of success on the merits and the possibility of irreparable injury; or (2) that serious questions going to the merits were raised and the balance of hardships tips sharply in its favor." Walczak v. EPL Prolong, Inc., 198 F.3d 725, 731 (9th Cir.1999); Oakland Tribune, Inc. v. Chronicle Publishing Company, Inc., 762 F.2d 1374, 1376 (9th Cir. 1985).  The two formulations represent two points on a sliding scale with the

focal point being the degree of irreparable injury shown. Walczak, 198 F.3d at 731; Oakland Tribune, 762 F.2d at 1376.  The greater the relative hardship to [a plaintiff], the less probability of success must be shown. Walczak, 198 F.3d at 731.  "Under either formulation of the test, plaintiff must demonstrate that there exists a significant threat of irreparable injury." Oakland Tribune, 762 F.2d at 1376.  In the absence of a significant showing of irreparability, the court need not reach the issue of likelihood of success on the merits. Id.   Given that the motion for injunctive relief is duplicative of the petition and the petition will be decided shortly, the court finds that there is little showing of irreparable injury.   As explained by Plaintiff, to avoid any injury, the injunction and petition needed to have been granted by at least November 2007.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for injunctive relief is DENIED.   The Magistrate Judge will issue Findings and Recommendations on the petition shortly.

IT IS SO ORDERED.

**Dated:     March 11, 2008**                             **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE