UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL P. EVANS, | ) | 1:04-CV-05640 AWI JMD HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #26] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| J.L. NORWOOD, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | ORDER DENYING MOTION FOR A REPLY |
| | ) | TO ANY RESPONSE [Doc. #28] |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 9, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1      On June 25, 2008, Petitioner filed objections to the Findings and Recommendation.
2 Petitioner also filed a motion seeking permission to file a reply if Respondent filed a response to his
3 objections. (Court Doc. 28.) Respondent, however, did not file a response to Petitioner's objections.

4      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
5 *novo* review of the case. Having carefully reviewed the entire file and having considered the
6 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
7 supported by the record and proper analysis. The Court agrees with the Magistrate Judge that
8 Petitioner was not denied parole merely because he holds unpopular beliefs. Rather, Petitioner was
9 denied parole because he is a danger to society. The fact that some of Petitioner's unpopular beliefs
10 may be related in some way to what also makes him a danger to society is not grounds for parole.
11 Most dangerous behavior can be tranced in some manner to a person's thoughts and beliefs. Thus,
12 and there is no need to modify the Findings and Recommendations based on the points raised in the
13 objections.[1]

14      Accordingly, IT IS HEREBY ORDERED that:

15      1. The Motion for a Reply to Any Response is DENIED;

16      2. The Findings and Recommendation issued June 9, 2008, is ADOPTED IN FULL;

17      3. The Petition for Writ of Habeas Corpus is DENIED with prejudice; and

18      4. The Clerk of Court is DIRECTED to enter judgment.

20 IT IS SO ORDERED.

21 **Dated:   August 2, 2008**        **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that in the objections Petitioner complains about the length of time it took to resolve this habeas corpus action. For the record, any delay in resolving this petition was due to this District's crushingly high case load and not an attempt to single Petitioner's petition out for delay.