UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL P. EVANS, ) | 1:04-CV-5640 AWI JMD HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | EXTENSION OF TIME TO FILE MOTION |
| v. ) | FOR RECONSIDERATION |
| ) | |
| ) | ORDER GRANTING MOTION FOR |
| J.L. NORWOOD, ) | EXTENSION OF TIME TO FILE NOTICE OF |
| ) | APPEAL |
| Respondent. ) | |
| ) | (DOCUMENT #31) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 29, 2004, Petitioner filed the instant petition. On August 4, 2008, the Court issued an order adopting the Findings and Recommendation issued on June 9, 2008, which recommended that the petition be denied with prejudice, and directing the clerk to enter judgment. On August 4, 2008, the clerk entered judgment in favor of Respondent.

On August 25, 2008, Petitioner filed a motion to extend the time in which to file a motion for reconsideration of the Court's order adopting the Findings and Recommendation. Alternatively, Petitioner seeks to extend time to file a notice of appeal.

"[A] 'motion for reconsideration' is treated as a motion to alter or amend judgment under Federal Rule of Civil Procedure Rule 59(e) if it is filed within ten days of entry of judgment. Otherwise, it is treated as a Rule 60(b) motion for relief from a judgment or order." American

1  Ironworks & Erectors, Inc. v. North American Const. Corp., 248 F.3d 892, 898-99 (9th Cir. 2001)
2  (citations omitted). A district court is without power, however, to enlarge the time period for filing a
3  motion under either Rule 59(e) or Rule 60(b). See Alston v. MCI Communications Corp., 84 F.3d
4  705, 706 (4th Cir. 1996); Fed. R. Civ. P. 6(b)(2) (stating that a court "must not extend the time to
5  act" under specific rules, including 59(e) and 60(b), except as those rules allow).

6       Petitioner's motion to extend time to file a motion for reconsideration must therefore be
7  denied. However, Petitioner alternatively seeks an extension of time to file a notice of appeal.

8       A notice of appeal must be filed with the district clerk within 30 days after the judgment or
9  order appealed from is entered. See Fed. R. App. P. 4(a)(1)(A). However, the district court may
10 extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a
11 notice of appeal expires and shows excusable neglect or good cause. See Fed. R. App. P. 4(a)(5)(A).

12      Petitioner has timely sought an extension and has shown good cause.

13      Accordingly, the Court HEREBY ORDERS that:

14      1) Petitioner's motion for extension of time to file a motion for reconsideration is DENIED;
15 and

16      2) Petitioner is GRANTED an extension of time of thirty (30) days to and including October
17 3, 2008 to file a notice of appeal.

19 IT IS SO ORDERED.

20 **Dated:   August 28, 2008**                /s/ John M. Dixon
                                              UNITED STATES MAGISTRATE JUDGE